# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137684

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

METTLER WALLOON, L.L.C.,
          Plaintiff-Appellant,

v

SC: 137684
COA: 269051
Charlevoix CC: 03-015220-CZ

MELROSE TOWNSHIP, MELROSE
TOWNSHIP PLANNING COMMISSION, and
MELROSE TOWNSHIP ZONING BOARD
OF APPEALS,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the October 2, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

Clerk

p0217